AO 442

**CASE UNSEALED PER ORDER OF COURT**

6/22/16

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 26 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WARRANT FOR ARREST |
| Hootan Melamed (1) | Case Number: 16-cr-1409-H-1 |

17576412

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Hootan Melamed (1)
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:371 - Conspiracy
18:1341, 1346 - Honest Services Mail Fraud
18:1952(a)(1), (a)(2) - Travel Act
18:2 - Aiding and Abetting
18:981(a)(1)(C), 28:2461(c) - Criminal Forfeiture

DATE: 6/28/16  ARRESTED BY: STEVEN C. STAFFORD U.S. MARSHAL, S/CA  BY:

In violation of Title    See Above    United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ A. Corsello | 6/16/2016, San Diego, CA. |
| Signature of Deputy | Date and Location |

Bail fixed at $    No Bail    by    The Honorable Ruben B. Brooks
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

FBI