# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA **Plaintiff,**

v.

HOOTAN MELAMED **Defendant.**

Case No. 16CR1409 H

**PRO HAC VICE APPLICATION**

Hootan Melamed
(Party Represented)

I, **Lily Ann Sanchez** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: **LS Law Firm**
Street address: **1441 Brickell Avenue, Suite 1200**
City, State, ZIP: **Miami, FL 33131**
Phone number: **(305) 503-5503**
Email: **lsanchez@thelsfirm.com**

That on **90/91/00** (Date) I was admitted to practice before **NY / DC / FLORIDA** (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

*(If previous application made, complete the following)*

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

**Steven M. Goldsobel** (Name)    **(310) 552-4848** (Telephone)

**Law Offices of Steven Goldsobel** (Firm)

**1901 Avenue of the Stars, Suite 1750, Los Angeles, CA 90067**
(Street) (City) (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)