Steven M. Goldsobel (State Bar No. 166405)
Law Offices of Steven Goldsobel,
A Professional Corporation
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067
Tel: (310) 552-4848
Fax: (310) 695-3860
Email: steve@sgoldsobel.com

Attorneys for Defendant
HOOTAN MELAMED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>      v.<br><br>HOOTAN MELAMED (1),<br>JEAN FRANCOIS PICARD (2),<br>JOHN PANGELINAN (3),<br>PHONG HUNG TRAN (4),<br>JONATHAN PENA (5),<br><br>           Defendants. | CASE NO. 16CR1409H<br><br>**NOTICE OF APPEARANCE WITHDRAWAL** |

TO THE CLERK OF THE COURT AND ALL PARTIES RECORD:

    I, the undersigned attorney, enter a notice of withdrawal for my co-counsel in the above-captioned case.  <u>The following attorney is no longer in the office and associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

| <u>Name:</u> | <u>Email:</u> |
|---|---|
| Katherine Bowles | Kate@sgoldsobel.com |

Dated:  November 19, 2020

Respectfully submitted,
LAW OFFICES OF STEVEN GOLDSOBEL, A PROFESSIONAL CORPORATION
By: __/s/ *Steven M. Goldsobel*__
    STEVEN M. GOLDSOBEL
    Attorney for Defendant Hootan Melamed

-1-
**NOTICE OF APPEARANCE WITHDRAWAL**