**SENTENCING SUMMARY CHART**
[✔ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
**Sentencing Date:** March 29, 2021

USPO ☐
AUSA ✔
DEF ☐

Defendant's Name: HOOTAN MELAMED          Docket No.: 16CR1409-H

Attorney's Name: Valerie H. Chu          Phone No.: (619) 546-6750

Guideline Manual Used: November 1, 2020          Agree with USPO Calc.: No

Base Offense Levels: (Drug Quantity if Applicable:) USSG § 2B1.1          6

Specific Offense Characteristics: USSG § 2B1.1(b)(1)(L) - loss $9.5 mill to $25 mill          +20
2B1.1(b)(7) - Loss more than $7 mill to Govt healthcare program          +3
2B1.1(b)(10)(C) - Sophisticated Means          +2

Victim Related Adjustment: ____

Adjustment for Role in the Offense: ____

Adjustment for Obstruction of Justice: ____

Adjustment for Reckless Endangerment During Flight: ____

Adjusted Offense Level:          31
(☐ Combined (Mult. Counts) ☐ Career Off. ☐ Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [✔ Gov. Motion Under USSG § 3E1.1(b)]          -3

Total Offense Level:          28

Criminal History Score:          0

Criminal History Category:          I
(☐ Career Offender ☐ Armed Career Criminal)

Guideline Range:          from 60 mths
(Range limited by: ☐ minimum mand. ✔ statutory maximum)          to 60 mths
Departures:
USSG §5K1.1          -9

Resulting Guideline Range: Adjusted Offense Level 15          from 18 mths
**RECOMMENDATIONS:** 21 months, 3 years S/R          to 24 mths