# SENTENCING SUMMARY CHART

|  |  |
|---|---|
| USPO |  |
| AUSA |  |
| DEF | X |

| | | | | |
|---|---|---|---|---|
| Defendant's Name: | **Melamed, Hootan** | Docket No. | **3:16-cr-1409** | |
| Attorney's Name: | **Steven M. Goldsobel** | Phone No.: | **(310) 552-4848** | |
| Guideline Manual Used: | **November 1, 2018** | Agree with USPO Calc.: | No | |
| Base Offense Level: (Drug Quantity, If Applicable:) | | **USSG §§2X1.1(a) & 2b1.1(a)(2)** | | 6 |

Special Offense Characteristics:

| | |
|---|---|
| USSG §2B1.1(b)(1)(K) - Loss between $9.5 and $25 million | +20 |
| USSG §2B1.1(b)(7)(ii) - Loss greater than 7 million to Gov. Health Care | +3 |

| | |
|---|---|
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: | |

☐ Combined (Mult. Counts)    ☐ Career Off.    ☐ Armed Career Crim.

| | |
|---|---|
| Adjustment for Acceptance of Responsibility: | -3 |
| Total Offense Level: **Statutory Cap is Level 24** | 24 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |

☐ Career Offender    ☐ Armed Career Criminal

| | | | |
|---|---|---|---|
| Guideline Range: | | from | 60 months |
| (Range limited by: ☐ minimum mandatory  X statutory maximum) | | to | 60 months |

Departures:

| | |
|---|---|
| USSG §5K1.1 - 9 Levels by government | Level 15 |
| USSG §5K1.1 / 3553(a) - additional 4 Levels | Level 11 |

| | | |
|---|---|---|
| Resulting Guideline Range: Adjusted Offense Level | from | 8 months |
| **Defendant requests Court impose term of six-nine months home detention and community service pursuant to USSG §5B1.1(a)(2)(Zone B)** | to | 14 months |

**RECOMMENDATION:**